# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RAYMOND WILLIAMS, | : | No. 123 EM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending petition within 90 days.